# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Budget Truck Rental, LLC, et al., | Case No. 2:24-cv-01648-CDS-EJY |
| Plaintiffs | **Order Dismissing Defendants** |
| v. | |
| Jacci Simon, et al., | |
| Defendants | |

This action was filed on September 5, 2024, and summons were issued on October 3, 2024. ECF Nos. 1, 7. On February 7, 2025, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to defendants John Cheesebro, Roshanna Ingram, Temmothis Culverson, and Noah Green was filed by March 7, 2025, the court would enter an order of dismissal. ECF No. 14. The deadline has now passed, and no proof of service has been filed.

IT IS THEREFORE ORDERED that John Cheesebro, Roshanna Ingram, Temmothis Culverson, and Noah Green are dismissed without prejudice.

Dated: March 11, 2025

_____
Cristina D. Silva
United States District Judge